Case 5:25-cv-00176   Document 4   Filed on 10/15/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **DUNG VAN NGUYEN,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 5:25-CV-00176** |
| | § | |
| **KRISTI NOEM,** *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Pending before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by Dung Van Nguyen ("Petitioner"). (Dkt. 1.) Petitioner lists the following as Respondents: United States Department of Homeland Security Secretary Kristi Noem and Guardian at the Webb County Detention Center Rodriguez. (*Id.* at 1.)

Having reviewed the petition, Respondents are hereby **ORDERED** to submit a response no later than **October 30, 2025,** and to serve a copy of the response on Petitioner via mail by any receipted means at the address indicated in Petitioner's filing.

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. 1), and this Order on Respondents via mail by any receipted means. Respondent Kristi Noem or her designee may be served at 245 Murray Lane, SW, Mail Stop 0485, Washington, D.C. 20528. Respondent Rodriguez, Guardian at the Webb County Detention Center, may be served at 9998 S. Highway 83, Laredo, TX 78046.

In accordance with Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. 1) and this Order via mail by any receipted means on the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei,

through the Office's Civil Process Clerk, at 1000 Louisiana St., Suite 2300, Houston, TX 77002 and on the Civil Process Clerk at the United States Attorney's Office in Laredo, at P.O. Box 1179 Laredo, TX 78042.

Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, the Court recognizes the timeliness of the proceedings. Therefore, the Respondents must notify Petitioner and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas at least **five (5) days** before any such transfer.

Finally, the Clerk of Court is **DIRECTED** to mail Petitioner a copy of this Order by any receipted means at the address indicated in Petitioner's most recent filing.

IT IS SO ORDERED.

SIGNED this October 15, 2025.

Diana Saldaña
United States District Judge